STEVEN G. KALAR
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant COLON

**FILED**

SEP 25 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GILBERT COLON, ) <br> ) <br> Defendant. ) <br> ) | No. CR-14-293 JST <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING DATE AND DOCUMENTING CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT |

The parties, Assistant United States Attorney Arianna Berg on behalf of the United States and Ned Smock, Assistant Federal Public Defender, on behalf of the defendant, GILBERT COLON, hereby request that the next status date before this Court, presently set for September 26, 2014, be continued until November 4, 2014. The defendant has obtained new counsel and new counsel needs the opportunity to review discovery. New counsel has also requested additional discovery in the case and the government is seeking to obtain that discovery. The parties further request that, given the need to gather and examine discovery, time continue to be

STIPULATION AND [PROPOSED] ORDER
CR-14-293 JST

excluded under the Speedy Trial Act until November 4, 2014. Additional time is necessary to review the evidence and investigate the case, and it is in the best interests of the defendant to do so. The government agrees.

The parties agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

Dated: September 26, 2014                /s/ Ned Smock
                                         NED SMOCK
                                         Assistant Federal Public Defender

Dated: September 26, 2014                /s/ Arianna Berg
                                         Arianna Berg
                                         Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER
CR-14-293 JST

# [PROPOSED] ORDER

For the foregoing reasons, the Court HEREBY ORDERS that the next court date in this matter is re-set to November 4, 2014. The Court finds that good cause is shown for extending the time limits set forth in title 18, United States Code, Sections 3060 and 3161.

The Court finds that the failure to grant the requested extension would deny the counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the requested extension outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The Court also concludes that an exclusion of time through and excluding November 4, 2014 should be made under Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv). The Court also finds that end of justice served by an exclusion of time through and including November 4, 2014 outweigh the best interest of the public and the defendant in a speedy trial. *Id.* § 3161(h)(7)(A).

**IT IS SO ORDERED**

DATED: 9/25/14

Hon. Jon S. Tigar
United States District Judge