MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

LAURIE KLOSTER GRAY (MNBN 0153618)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6557
    FAX: (415) 436-6753
    laurie.kloster.gray@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. CR-14-293 JST |
| v. | |
| GILBERT COLON, | STIPULATION AND [PROPOSED] ORDER |
|     Defendant. | |

    The Government respectfully submits this Stipulation and Proposed Order to memorialize the exclusion of time under the Speedy Trial Act from November 21, 2014, until the next hearing in the above-captioned matter on December 5, 2014, at 9:30 p.m.  The parties hereby stipulate and agree to the following:

    1.    The parties appeared before the Court on November 21, 2014, for a status hearing, and the matter was continued until December 5, 2014, for change of plea.

    2.    The parties now formalize their request for a continuance of the matter to December 5, 2014, at 9:30 a.m., for change of plea, and respectfully submit that the period from November 21, 2014 through and including December 5, 2014, be excluded from the Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), because failure to grant the requested continuance would unreasonably

deny defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Specifically, the parties represent that defense counsel's need to review discovery and conduct continuing necessary investigation supported the requested continuance.

IT IS SO STIPULATED.

DATED:  December 1, 2014

MELINDA HAAG
United States Attorney

By:  /s/
LAURIE KLOSTER GRAY
Assistant United States Attorney

DATED:  December 1, 2014

/s/
NED SMOCK
Assistant Federal Public Defender
Counsel for Gilbert Colon

## [PROPOSED] ORDER

FOR THE REASONS SET FORTH ABOVE, THE COURT FINDS THAT the ends of justice served by granting a continuance from November 21, 2014, through and including December 5, 2014, outweigh the best interest of the public and defendant in a speedy trial, and that failure to grant such a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Accordingly, THE COURT ORDERS THAT time under the Speedy Trial Act shall be excluded from November 21, 2014 through December 5, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: December_1, 2014

HON. JON S. TIGAR
United States District Judge