1  STEVEN G. KALAR
   Federal Public Defender
2  NED SMOCK
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant COLON

6

7                IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA, | ) | No. CR 14-0293 JST |
|---|---|---|
11 |                            | ) | |
   | Plaintiff,                 | ) | **STIPULATION AND [PROPOSED]** |
   |                            | ) | **ORDER CONTINUING SENTENCING** |
12 | v.                         | ) | **DATE TO APRIL 17, 2015** |
   |                            | ) | |
13 | GILBERT COLON,             | ) | Current Date: February 27, 2015 |
   |                            | ) | |
14 | Defendant.                 | ) | |
   |                            | ) | |
15

16
        The above captioned matter is currently set for sentencing on February 27, 2015. The
17
   parties request that sentencing be reset for April 17, 2015 at 9:30 a.m. Defense counsel needs
18
   additional time to obtain relevant records and gather information regarding Mr. Colon's
19
   background, including his cognitive abilities, in preparation for sentencing. The assigned
20
   United States Probation Officer will be available on April 17, 2015.
21

22
   February 3, 2015                               /s/
23                                         NED SMOCK
                                           Assistant Federal Public Defender
24
   February 3, 2015                               /s/
25                                         LAURIE KLOSTER GRAY
                                           Assistant United States Attorney
26


   No. CR 14-0293 JST                 1

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the February 27, 2015 sentencing date is reset for April 17, 2015 at 9:30 a.m.

Dated: February _5_, 2015



_____
HONORABLE
United States